## **Exhibit A**

Deposit Accounts

| DEBTOR | BANK | TYPE OF ACCOUNT | LAST 4 DIGITS OF ACCOUNT NO. |
|---|---|---|---|
| Lockwood Holdings, Inc.[1] | Royal Bank of Canada | Checking | 6319 |
| Lockwood Int'l, Inc.[2] | ING Bank | Checking | 4968 |
| Lockwood Int'l, Inc. | ING Bank | Checking | 4898 |
| Lockwood Int'l, Inc. | Bank of America | Checking | 4504 |
| Lockwood Int'l, Inc. | Bank of America | Checking | 5010 |
| Lockwood Int'l, Inc. | Bank of America | Checking | 5028 |
| Lockwood Int'l, Inc. | Royal Bank of Canada | Checking | 8044 |
| Lockwood Int'l, Inc. | Royal Bank of Canada | Checking | 8309 |
| Lockwood Int'l, Inc. | Royal Bank of Canada | Checking | 1145 |

---

[1] *See Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (Dkt. No. 202), sched. A/B.

[2] *See Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (Dkt. No. 208), sched. A/B.