## **Exhibit B**

Assets Subject to a Certificate-of-Title Statute for which Liens Remained Unperfected on Petition Date

| DEBTOR | DESCRIPTION | VIN |
|---|---|---|
| Lockwood Holdings, Inc.[1] | 2012 Chevy 2500 White | 1GC0KVCG6CZ207170 |
| Lockwood Holdings, Inc. | 2012 30' Rainbow Trailer Serial#595 | n/a |
| Lockwood Holdings, Inc. | 2013 Dodge Ram 1500 | 1C6RR7FG9DS664521 |
| Lockwood Holdings, Inc. | 2014 Chevy Silverado | 3GCPCREC7EG129076 |
| Lockwood Holdings, Inc. | 2014 Chevrolet Suburban | 1GNSCKE09ER156441 |
| Lockwood Holdings, Inc. | 2015 Ram3500/535707 | |
| Lockwood Holdings, Inc. | 2015 Dodge Ram 3500 Flatbed | 3C7WRSBL9FG535676 |
| Lockwood Holdings, Inc. | Titan Trailer | 4TGF2620XF1073174 |
| Lockwood Holdings, Inc. | 2015 Chevy C2500 | 1GC1CCEG8FF107737 |
| Lockwood Holdings, Inc. | Additional TT&L | 5GAKRBKD5FJ332384 |
| Lockwood Holdings, Inc. | 2015 Chevrolet Silverado 1500 | 3GCPCREC1FG247402 |
| Lockwood Holdings, Inc. | 2015 PJ Trailer | 4P5F82029F1223114 |
| Lockwood Holdings, Inc. | 2015 Chevy Silverado 1500 | 3GCPCSEC3FG377835 |
| Lockwood Holdings, Inc. | 2015 Chevy Silverado 1500 | 3GCPCSEC7FG249162 |
| Lockwood Holdings, Inc. | 2015 40' Goose neck trailer | |
| Lockwood Holdings, Inc. | 2015 28' Gooseneck trailer | 58935 |
| Lockwood Holdings, Inc. | 2015 Chevy Silverado | 1GCVKREC5FZ386507 |
| Lockwood Holdings, Inc. | 2015 Trailer | |
| Lockwood Holdings, Inc. | 2015 Silverado | 1GB0CUEG0FZ144337 |
| Lockwood Holdings, Inc. | 2015 Chevy3500 | 615141 |
| Lockwood Holdings, Inc. | Pride trailer | 624699 |
| Lockwood Holdings, Inc. | 2016 F250 | B74404 |
| Lockwood Holdings, Inc. | 2016 GMC Yukon | 340082 |
| Lockwood Holdings, Inc. | 2015 Ram3500/526304 | |
| Lockwood Holdings, Inc. | 2016 TXPR | 1B9K2NGT8GB624778 |
| Lockwood Holdings, Inc. | 2004 Chevy | 1GBJC34U04E229625 |
| Lockwood Holdings, Inc. | 2009 GDAN | 1GRDM96239H711067 |
| Lockwood Holdings, Inc. | 1999 PORS | WP0CA2993XS656246 |
| Lockwood Int'l, Inc.[2] | 2012 Silver Golf Variant | 57-XKF-7 |
| Lockwood Int'l, Inc. | 2012 White Volkswagen Crafter | 2-VXX-07 |
| Lockwood Int'l, Inc. | White Peugeot | VF30A9HR8CS243838 |
| Lockwood Int'l, Inc. | 2015 Volkswagen Golf Variant | |
| Lockwood Int'l, Inc. | 2014 Chevy Silverado | 3GCPCRECXEG119223 |
| Lockwood Int'l, Inc. | 2011 Black Chevy P/Up | 3GCPCSE20BG367247 |
| Lockwood Int'l, Inc. | 2011 Chevy Tahoe | 1GNSKBEO9BR147186 |

---

[1] *See Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (Dkt. No. 202), sched. A/B, Ex. C. Certain of these assets appear on records produced by Wells Fargo but do not appear to have yet been scheduled by the Debtors.

[2] *See Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (Dkt. No. 208), sched. A/B. Certain of these assets appear on records produced by Wells Fargo but do not appear to have yet been scheduled by the Debtors.

| Lockwood Int'l, Inc. | 2011 Toyota Dyna 150D | |
|---|---|---|
| Lockwood Int'l, Inc. | 2012 Dodge | 3C6UD5HL5C6190788 |
| Lockwood Int'l, Inc. | 2011 Dodge | 3D6WZ4CL8BQ600397 |
| Lockwood Int'l, Inc. | 2011 LEXIS | 3THBL5EF5B5106961 |