## Exhibit C

Assets Subject to a Certificate-of-Title Statute for which Liens Perfected Within Preference Period

| DEBTOR | DESCRIPTION | VIN |
|---|---|---|
| Lockwood Holdings, Inc.[1] | 2013 Chevy Silverado | 1GCNCPEX9DZ308958 |
| Lockwood Holdings, Inc. | 2015 CHEVY TAHOE | 1GNSCCKC3FR145568 |
| Lockwood Holdings, Inc. | 2014 Chevrolet Tahoe | 1GNSKBE07ER238378 |
| Lockwood Holdings, Inc. | 2014 Chevy Silverado/270599 | |
| Lockwood Holdings, Inc. | 2015 CHEVY C2500 | 1GC1CVEF-FF109918 |
| Lockwood Holdings, Inc. | 2015 Chevy C2500 | 1GB0CUEG5FZ120650 |
| Lockwood Holdings, Inc. | 2008 Chevy Tahoe | 1GNFC13068R139695 |
| Lockwood Holdings, Inc. | 2015 Dodge Ram 3500 | 3C7WRSBL1FG586220 |
| Lockwood Holdings, Inc. | 2015 Chevy C2500 | 121420 |
| Lockwood Holdings, Inc. | 2015 Ram3500 | 645194 |
| Lockwood Holdings, Inc. | 2008 FRHT | 1FUJA6CV98DZ96035 |
| Lockwood Holdings, Inc. | 2015 TXPR | 1B9K2UGTXFB624743 |
| Lockwood Holdings, Inc. | 2012 Chevy | 1GCNCPEX6CZ161514 |
| Lockwood Holdings, Inc. | 2015 Chevy | 1GNSCCKC0FR140859 |
| Lockwood Holdings, Inc. | 2001 Dodge | 3B6MC367X1M540120 |
| Lockwood Int'l, Inc.[2] | 2011 LEXIS | JTHBL5EF5B5106961 |
| Lockwood Int'l, Inc. | 2012 Dodge | 3C6UD5HL5CG190788 |
| Lockwood Int'l, Inc. | 2012 Dodge | 3C7WDSBL8CG196404 |
| Lockwood Int'l, Inc. | 2012 Dodge | 3C7WDSBLXCG196405 |
| Lockwood Int'l, Inc. | 2011 Dodge | 3D6WZ4CL8BG600397 |

---

[1] *See Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (Dkt. No. 202), sched. A/B, Ex. C.  Certain of these assets appear on records produced by Wells Fargo but do not appear to have yet been scheduled by the Debtors.

[2] *See Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (Dkt. No. 208), sched. A/B. Certain of these assets appear on records produced by Wells Fargo but do not appear to have yet been scheduled by the Debtors.