## **Exhibit D**

Money

| DEBTOR | DESCRIPTION | LOCATION/ENTITY IN POSSESSION |
|---|---|---|
| Lockwood Holdings, Inc.[1] | security deposit | Tallmadge, Ohio |
| Lockwood Holdings, Inc. | security deposit | Joliet, IL |
| Lockwood Holdings, Inc. | security deposit | Oates, TX |
| Lockwood Holdings, Inc. | security deposit | Firestone, Co (Denver) |
| Lockwood Int'l, Inc.[2] | Deposit | WF-Linde Engineering North America |
| Lockwood Int'l, Inc. | Deposit | WF-Linde Engineering North America |
| Lockwood Int'l, Inc. | Deposit | WF-Deutsche Bank |
| Lockwood Int'l, Inc. | Lease deposit | Singapore |
| Lockwood Int'l, Inc. | Lease deposit | Australia |
| Lockwood Int'l, Inc. | Lease deposit | Thailand |
| Lockwood Int'l, Inc. | Lease deposit | Vietnam |

---

[1] *See Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (Dkt. No. 202), sched. A/B.

[2] *See Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (Dkt. No. 208), sched. A/B.